IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DAN BOETTCHER,<br><br>　　　Plaintiff,<br><br>v.<br><br>NEWREZ LLC f/k/a NEW PENN<br>FINANCIAL LLC d/b/a SHELLPOINT<br>MORTGAGE SERVICING, its<br>successors and assigns,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Case No. 6:22-cv-428-JDK<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

The Court, having considered Plaintiff Dan Boettcher's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT** in favor of Defendant NEWREZ LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **March, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE